Argued and submitted October 28, 1988, reversed and remanded for reconsideration
March 8, 1989

## DAVID LAWRENCE FREDLUND,
*Petitioner,*

*v.*

## STATE BOARD OF PAROLE,
*Respondent.*

(CA A48185)

769 P2d 805

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of an order of the Board of Parole setting a parole release date. The Board concedes that it erred in the light of our decision in *Jeldness v. Board of Parole,* 90 Or App 135, 751 P2d 243, *modified* 92 Or App 323, 759 P2d 1102, *rev den* 307 Or 245 (1988).

Reversed and remanded for reconsideration.